# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Canvasfish.com, LLC

                                      Plaintiff,

v.                                                                Case No.: 1:22–cv–05058

                                                                             Honorable Harry D. Leinenweber

The Partnerships And Unincorporated Associations
Identified On Schedule A,

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephone Conference and ruling on motion hearing held. Motion for TRO [9] and Motion for Electronic Service [13] are both granted. Telephone Conference set for 10/6/22 at 9:15 a.m. The Court strikes the time of 9:00 a.m., stated on the record. Dial: 888–684–8852 or 215–446–0155, access code: 9582710#. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.